UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Alfred F. Geiger | ) Case No. 16-11821 |
| | | ) Chapter 13 Proceedings |
| | Debtor | ) Judge Arthur I. Harris |

## NOTICE OF PLAN MODIFICATION
## PURSUANT TO ADMINISTRATIVE ORDER 09-02

On April 4, 2016, the debtor filed a petition under Chapter 13 of Title 11, U.S.C. The case and the plan of reorganization in said case are thus governed by the terms and definitions of Administrative Order 09-02.

On May 3, 2017, Third Federal Savings and Loan Association of Cleveland, a Real Property Creditor in the above-captioned case, filed a notice with this Court indicating that the Conduit Payment would be increasing to $894.07 beginning with the May 2017 payment.

No party in interest filed an objection to the proposed increase, and the period during which such an objection would be considered timely has passed.

The Plan is thus hereby MODIFIED to increase the plan payment to $3,854.07, beginning with the May 2017 payment, pursuant to Paragraph IX of Administrative Order 09-02.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on August 17, 2017, a true and correct copy of this Notice of Plan Modification was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J. Balena, on behalf of Alfred F. Geiger, Debtor at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

Alfred F. Geiger, Debtor, 342 Bounty Way, Avon Lake OHIO 44012

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806

CS/ac
08/17/2017